# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF

v.                     No. 4:17-cr-00128-01 JM

TRACY LYNN FEATHERS                       DEFENDANT

## AMENDED ORDER

The government's Unopposed Motion to Amend Restitution Payment is GRANTED. Document #30. The Judgment is modified to reflect the defendant's payment be $100.00 per month towards restitution.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 22nd day of July, 2019.

                                                 _____
                                                 JAMES M. MOODY JR.
                                                 UNITED STATES DISTRICT JUDGE