## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              NO. 4:17-cr-00128-JM-1

TRACEY LYNN FEATHERS                                          DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, September 29, 2021, for a scheduled sentencing hearing on the government's fourth superseding motion to revoke the probation of defendant Tracey Lynn Feathers.   Doc. No. 41.   The defendant admitted the allegations contained in the fourth superseding motion to revoke during a previous hearing held on March 31, 2021.   Assistant United States Attorney Michael Gordon was present for the government.   The defendant appeared in person with her attorney, Joseph Perry.

IT IS THEREFORE ORDERED that defendant Tracey Lynn Feathers be sentenced to a term **TWELVE (12) MONTHS** of **PROBATION**, with an expiration date of September 29, 2022.   The term of probation is to be spent on home detention with the following special conditions:

- The defendant will be on home detention with location monitoring (LM) for the term of her probation.   The defendant will be restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation office; and

- The defendant will be allowed thirty minutes to travel to and from her place of employment on days in which she is scheduled to work.

All other conditions of probation, including obligations regarding restitution payments, remain in full force and effect as previously imposed.

IT IS SO ORDERED this 29th day of September 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE